UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NISVET MUHAREMOVIC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:17 CV 2361 CDP |
| CLIENT SERVICES, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, and for the parties' failure to comply with the Court's Order of **July 10, 2018,**

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, subject to any party's right, upon good cause shown within sixty (60) days of the date of this Order, to reopen the action for the sole purpose of enforcing the settlement.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction for sixty (60) days from the date of this Order to enforce the settlement.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2018.